UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
Jonesboro   ~~WESTERN~~ DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | NO.   3:06CV00111 JLH |
| | ) | |
| | ) | |
| JIMMY L. SHEPHERD | ) | |

## CONSENT JUDGMENT

Upon consent of the defendant that plaintiff's cause is just and judgment should be rendered

against said defendant in favor of plaintiff in the sum of $28,375.73 ($15,587.71 principal; $190.00

filing fees; $20.00 docket fees; $60.00 cost of suit; and $12,518.02 interest through February 28,

2006), with interest to continue to accrue at the note rate of 9.00% until date of judgment and at the

legal rate thereafter until paid in full to be paid in monthly installments of $200.00, with the first

installment due on the 15th day of June, 2008; and subsequent payments to be made thereafter on

the 15th day of each month until judgment is satisfied in full.   The  payments should be made

payable to the Department of Justice, and mailed to the Financial Litigation Unit, P. O. Box 1229,

Little Rock, Arkansas  72203.

After the judgment is entered and a lien is filed, the United States will apply for a 10%

surcharge.  If any installment shall not be paid when it becomes due and payable, then the entire

unpaid balance plus all accrued interest may be declared immediately due and payable and,

execution, garnishment, attachment, application of surcharge, or other process may issue in aid of

the judgment hereby granted.

The defendant shall complete an annual financial statement and provide the United States with current, accurate evidence of his assets, income and expenditures (including, but limited to his Federal income tax returns) within fifteen (15) days of the date of a request for such evidence by the United States Attorney.   The defendant's monthly installment payments may be modified on the basis of this information.

IT IS THEREFORE the judgment of the Court that United States of America does have judgment against Jimmy L. Shepherd as set out above.

_____
Honorable J. Leon Holmes
United States District Judge

Date: _May 23, 2008_

APPROVED:

_____
Jimmy L. Shepherd
Defendant

_5-22-08_
Date

_____
Bradley Shepherd
Attorney for Defendant

_5/22/08_
Date

_____
Stacey E. McCord
Assistant United States Attorney

_5/23/08_
Date